GAINFORTH V BAY HEALTH CARE, No. 137907. Pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we remand this case to the Court of Appeals, which shall hold this case in abeyance pending its decision in *Farley v Carp* (Court of Appeals Docket Nos. 283405, 283418, and 284681). After *Farley* is decided, the Court of Appeals shall reconsider this case in light of that case. Court of Appeals No. 284972.

BENNETT V MACKINAC BRIDGE AUTHORITY, No. 138204. Pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we remand this case to the Court of Appeals for consideration as on leave granted. Court of Appeals No. 287628.

*In re* HALL (DEPARTMENT OF HUMAN SERVICES V FILBRANDT), No. 138312. Pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we reverse the judgment of the Court of Appeals, and we reinstate the May 15, 2008, order of the Kalkaska Circuit Court, Family Division, terminating the respondent-mother's parental rights to the minor children. The Court of Appeals misapplied the clear error standard by substituting its judgment for that of the trial court, MCR 2.613(C), *In re Miller*, 433 Mich 331 (1989), and rendered a decision that was contrary to the clear and convincing evidence supporting termination of the respondent-mother's parental rights pursuant to MCL 712A.19b(3)(b)(*ii*) and (j). We remand this case to the Kalkaska Circuit Court, Family Division, for further proceedings not inconsistent with this order. We do not retain jurisdiction. Court of Appeals No. 285683.

*In re* GRIFFIN (NACOVSKY V HALL), No. 138381. Pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we reverse the judgment of the Court of Appeals for the reasons stated in the Court of Appeals dissenting opinion and remand this case to the Shiawassee County Probate Court for entry of an order granting the trustee's petition to enforce the *in terrorem* clause and for further proceedings not inconsistent with this order. The motion to stay the trial court proceedings is denied as moot. Reported below: 281 Mich App 532.